# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09cr2805-BTM |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| MANUEL TAVAREZ-RAMIREZ, | |
| Defendant. | |

The joint motion to continue the sentencing hearing in the above-referenced case [docket entry 33] is hereby GRANTED.  The sentencing is hereby continued from January 21, 2010 to February 10, 2010 at 2:30 p.m.

IT IS SO ORDERED.

DATED:  January 20, 2010

_Barry Ted Moskowitz_
Honorable Barry Ted Moskowitz
United States District Judge

09cr2805